(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>HICKS, DARLENE M. | Name of Joint Debtor (Spouse)(Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): | |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>7618 S. HOYNE AVE.<br>CHICAGO, IL 60620 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the<br>Principal Place of Business: COOK | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |

Chapter 13W/No Plan

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☐ Chapter 7   ☐ Chapter 11   ☑ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☑ Consumer/Non-Business | ☐ Business | ☐ Full Filing Fee Attached |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☑ Filing Fee to be paid in installments (Applicable to individuals only)
Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-ov ☐ |
|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☑ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to $50,000 ☐ | $50,001 to $100,000 ☑ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ |
|---|---|---|---|---|---|---|---|

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 11/02/2004
Time: 14:35:24
Debtor: DARLENE M HICKS
Case: 04-40639         Fee : 100
Chapter: 13   Rec. # : 3109229
Judge: Jacqueline Cox
341 mtg: 11/30/2004 @ 12:30PM
ConfHrg: 12/20/2004 @ 10:30AM
Trustee: TOM VAUGHN

1:04BK40639-BK001

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **DARLENE M. HICKS** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Darlene M. Hicks*
Signature of Debtor

X **Not Applicable**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date 11/1/04

X *[signature]*
Signature of Attorney

X *[signature]*
Signature of Attorney for Debtor(s)

**Thaddeus L. Wilson, 6226383**
Printed Name of Attorney for Debtor(s) / Bar No.

**Brookins & Wilson**
Firm Name

**100 N. LaSalle Street Suite 1710**
Address

**Chicago, IL 60602**

**(312) 360-0888**                **(312) 360-0893**
Telephone Number

Date 11/01/04

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*  11/01/04
Signature of Attorney for Debtor(s)    Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

| | | |
|---|---|---|
| AMERICREDIT<br>P.O. BOX 9130<br>FORT WORTH, TX 76147 | AMRICASH LOANS LLC<br>880 LEE STREET, SUITE 302<br>DES PLAINES, IL 60016 | AT&T WIRELESS<br>P.O. BOX 8229<br>AURORA, IL 60572-8229 |
| BROTHER LOAN AND FINANCE<br>7621 W. 63RD STREET<br>SUMMIT, IL 60501 | CARSON PIRIE SCOTT<br>331 W. WISCONSIN AVENUE<br>MILWAUKEE, WI 52203 | CARSON PIRIE SCOTT<br>C/O NATIONAL ASSET RECOVERY, I<br>2880 DRESDEN DRIVE<br>SUITE 200<br>ATLANTA, GA 30341 |
| CITY OF CHICAGO<br>DEPARTMENT OF REVENUE<br>121 N. LASALLE STREET<br>ROOM 107<br>CHICAGO, IL 60601 | CITY OF CHICAGO<br>DEPARTMENT OF WATER<br>333 S. STATE STREET<br>SUITE LL10<br>CHICAGO, IL 60604 | COMED<br>BANKRUPTCY/CREDIT DEPARTMENT<br>2100 SWIFT DRIVE<br>OAK BROOK, IL 60523 |
| COUNTRY INSURANCE AND FINANCIA<br>C/O AMERICAN RECOVERY SYSTEMS I<br>1699 WALL STREET, SUITE 300<br>MT PROSPECT, IL 60056-5788 | DR. STANSBY A. PORTER & ASSOCIA<br>2559 W. 79th STREET<br>CHICAGO, IL 60652 | FIRST PREMIER BANK<br>P.O. BOX 5519<br>SIOUX FALLS, SD 57117 |
| HISDALE HOSPITAL<br>C/O NORTH AMERICAN CREDIT SERVI<br>2810 WALKER ROAD, SUITE 100<br>CHATTANOGA, TN 37421 | K-MART<br>C/O AMERICA'S RECOVERY NETWORK<br>P.O. BOX120643<br>COVINGTON, KY 41012-0643 | OCWEN FEDERAL BANK FSB<br>P.O. BOX 514577<br>LOS ANGELES, CA 90051 |
| PEOPLES GAS<br>BANKRUPTCY DEPARTMENT<br>THE PRUDENTIAL BUILDING<br>130 E. RANDOLPH DR, 23RD FLOOR<br>CHICAGO, IL 60601 | SBC COMMUNICATIONS<br>SBC PENSION AND SAVINGS PLAN<br>SERVICE CENTER<br>P.O. BOX 420<br>LITTLE FALLS, NJ 07424 | STATE FARM INSURANCE<br>C/O THOMAS GEORGE ASSOCIATES,<br>INSURANCE RECOVERY DIVISION<br>P.O. BOX 30<br>EAST NORTHPOINT, NY 11731 |
| VISA<br>P.O. Box 77043<br>Madison, WI 53707 | | |

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**
**Eastern Division**

In re: **DARLENE M. HICKS**     Case No. _____
**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**               Chapter **13**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **1** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: **11/1/04**                                Signed: *Darlene M Hicks*
                                                         **DARLENE M. HICKS**

Signed: *Thaddeus L. Wilson*
        **Thaddeus L. Wilson**
        Bar No. **6226383**