```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 40639
   DARLENE M HICKS
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5774

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 11/02/2004 and was confirmed 01/10/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 12/15/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSECURED          920.00          .00            .00
BROTHER LOAN & FINANCE     UNSECURED         1107.43          .00            .00
AMERICREDIT FINANCIAL SV   SECURED           6600.00      1302.41        3948.94
AMERICREDIT FINANCIAL SV   UNSECURED         2861.91          .00            .00
LASALLE BANK NA            CURRENT MORTG        .00           .00            .00
AMERICASH LOANS LLC        UNSECURED      NOT FILED           .00            .00
AT & T WIRELESS            UNSECURED         1773.69          .00            .00
SMC                        UNSECURED          212.52          .00            .00
CARSON PIRIE SCOTT         NOTICE ONLY    NOT FILED           .00            .00
CITY OF CHICAGO WATER DE   SECURED            317.41          .00         203.74
COMMONWEALTH EDISON        UNSECURED      NOT FILED           .00            .00
AMERICAN RECOVERY SYSTEM   UNSECURED      NOT FILED           .00            .00
STANSBY A PORTER & ASSOC   UNSECURED      NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          431.43          .00            .00
NORTH AMERICAN CREDIT      UNSECURED      NOT FILED           .00            .00
KMART                      UNSECURED      NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED           .00            .00
STATE FARM INSURANCE       UNSECURED         1551.68          .00            .00
VISA                       UNSECURED      NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED             .00          .00            .00
AMERICREDIT FINANCIAL SV   NOTICE ONLY    NOT FILED           .00            .00
LASALLE BANK NA            MORTGAGE ARRE   29930.20          .00        20122.72
THADDEUS L WILSON          DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                       1,793.19
DEBTOR REFUND              REFUND                                            .00

           Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 30,071.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 40639 DARLENE M HICKS

```
PRIORITY                                                             .00
SECURED                                                        24,275.40
    INTEREST                                                    1,302.41
UNSECURED                                                            .00
ADMINISTRATIVE                                                  2,700.00
TRUSTEE COMPENSATION                                            1,793.19
DEBTOR REFUND                                                        .00
                                        ---------------   ---------------
TOTALS                                       30,071.00         30,071.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 04 B 40639 DARLENE M HICKS